

```
Marcus C. Henderson
PO Box 622
Ellenwood, GA 30294
```

---

```
*************   ATTENTION   ***************
```

If you are a bar member in good standing with the Northern District of Georgia
or a PHV attorney, electronic filing became mandatory for ALL attorneys
effective July 15, 2005.  Register now for an ECF userid and password.
Please visit http://www.gand.uscourts.gov to sign up as an ECF user.
You may also call 404-215-1600.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCUS C. HENDERSON, | CIVIL ACTION NO. 1:10-CV-3137-TCB |
| Plaintiff, | |
| v. | |
| BAC HOME LOANS SERVICING, LP, BANK OF AMERICA, N.A., and MCCALLA RAYMER, LLC, | |
| Defendants. | |

## MAGISTRATE JUDGE'S FINAL ORDER AND REPORT AND RECOMMENDATION

This case is presently before the Court on Plaintiff Marcus C. Henderson's ("Plaintiff") Application to file this civil action *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) (Docket Entry [1]), Defendants BAC Home Loans Servicing, LP and Bank of America, N.A.'s Motion to Dismiss (Docket Entry [2]), and Defendant McCalla Raymer, LLC's Motion to Dismiss (Docket Entry [9]). For the reasons outlined below, Plaintiff's Application to file this action *in forma pauperis* is **GRANTED**. Docket Entry [1]. This Court **RECOMMENDS** that Defendants BAC Home Loans Servicing, LP and Bank of America, N.A.'s Motion to Dismiss be **GRANTED**. Docket Entry [2]. This Court also **RECOMMENDS** that Defendant McCalla Raymer, LLC's Motion to Dismiss be **GRANTED**. Docket Entry [9].